WAYNE JOHNSON, State Bar #:112588
LAW OFFICES OF WAYNE JOHNSON
P.O. Box 30712
Oakland, CA 94604
(510) 451-1166

Attorney for Plaintiffs
Ramona Ford and Angelina Ford

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAMONA FORD AND ANGELINA FORD,   CIVIL NO.: C 03 3304 MJJ

    Plaintiff,   JURY TRIAL DEMANDED

    v.

CITY OF OAKLAND, AND THE UNIDENTIFIED POLICE OFFICERS WHO FIRED THE WEAPONS AT PLAINTIFFS,

    DEFENDANT.
_____/

**PARTIES**

1. Plaintiffs, Ramona Ford and Angelina Ford, are and at all times mentioned herein were residents of Alameda County, California. Plaintiffs are of African American origin.

2. Unidentified police officers are sued herein individually and in their official capacities as a sworn peace officers of the State of California, City of Oakland, for acts and conduct under color of law, as follows:

3. The City of Oakland is a municipal corporation of the State of California.

**JURISDICTION AND VENUE**

4. This action is brought pursuant to 42 U.S.C. sections 1981, 1983, et seq. and 1988, and the California Constitution, civil rights statutes and common law. Jurisdiction and is based on 28 U.S.C. sections 1331 and 1343 and the aforementioned federal statutes.

\\\

COMPLAINT FOR DAMAGES    1

5. Plaintiff further invokes the pendent jurisdiction of this court to decide claims arising under the California Constitution and California law covering false arrest and wrongful imprisonment. Plaintiff has filed administrative claims in compliance with Cal. Govt. Code §910 et seq, and such claims have been denied.

**STANDING**

6. Plaintiffs have standing to file this complaint against defendants because they were injured by Defendants' acts, violation of the California and United States Constitutions, and California tort law.

7. Under 42 U.S.C. sections 1981, 1983, et seq. and 1988, Plaintiffs have standing to bring suit against defendants to recover compensation for Plaintiff's injuries resulting from Defendants' violation of Plaintiff's Constitutional rights.

**STATE ACTION**

8. The City of Oakland is a subdivision of the State of California and was acting pursuant to the police power authorized by Article XI, Section 7, of the California Constitution, when Oakland Police officers injured Plaintiff.

9. When the officers injured Plaintiff, they were acting as employees of the City of Oakland Police Department.

**STATEMENT OF FACTS**

10  On or about 12:00 midnight on Monday, January 20, 2003, at the location of 18th and San Pablo Avenue, Oakland, unidentified Oakland Police officers, took aim with riot gear, including "rubber" bullets and injured plaintiffs.

11. Said unidentified police officers were disguised in riot gear and working under the direction and orders of the City of Oakland, pursuant to a policy and / or custom, which discriminates against minority citizens.

12. To conceal the names of the unidentifed police officers, the City of Oakland has failed to furnish the names and / or any police reports relating to this incident.

13. The unidentified officers seized plaintiffs in excess of the Laws of the United States and applied unreasonable force.

COMPLAINT FOR DAMAGES                    2

14. Plaintiffs suffered multiple serious and permanent injuries, including burns, and scars as a result of being hit by the unidentified officers.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION: VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION, 42 U.S.C. §§ 1981 & 1983

15. Plaintiff hereby incorporates by reference paragraphs 1 through 14, of this complaint as if fully set forth herein.

16. Defendants' above-described conduct, and particularly the unreasonable seizure of plaintiffs, violated plaintiffs' rights pursuant to 42 U.S.C. §§ 1981 and 1983 under the Fourth Amendment, applicable to the states under the Fourteenth Amendment to the United States Constitution.

17. Defendants' above-described conduct, and particularly the acts and omissions of those defendants and maltreatment of the plaintiff, violated plaintiff's rights under the Fourteenth Amendment, applicable to the states under the Fourteenth Amendments to the United States Constitution.

18. Defendants' above-described conduct, and particularly the acts and omissions of those defendants involved in the unlawful seizure of plaintiffs, constitutes a policy and custom of certain employees of the City of Oakland who have a practice of applying unreasonable force and particularly to those of African American descent.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

\\\
\\\
\\\
\\\
\\\
\\\
\\\

COMPLAINT FOR DAMAGES 3

**SECOND CAUSE OF ACTION:**

**VIOLATION OF CALIFORNIA CIVIL CODE SECTION 51.2-7, THE CIVIL RIGHTS ACT.**

19.   Plaintiff hereby incorporates by reference paragraphs 1 through 18, of this complaint as if fully set forth herein.

20.   Defendants' above-described conduct, and particularly the acts and omissions of those defendants and maltreatment of the plaintiff, violated plaintiff's rights under Civil Code Section 51-1-7, by using unreasonable and unlawful force against him on a discriminatory basis.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

**THIRD CAUSE OF ACTION:**

**CALIFORNIA TORT LAW: ASSAULT AND BATTERY**

21.   Plaintiff hereby incorporates by reference paragraphs 1 through 20, of this complaint as if fully set forth herein.

22.   The above described conduct of defendants, constituted assault and battery on Plaintiff. Defendants caused physical contact to be inflicted on Plaintiff without plaintiff's consent.

23.   As a direct and proximate result of said assault and battery, Plaintiff suffered general and special damages in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

**FOURTH CAUSE OF ACTION:**

**CALIFORNIA TORT LAW: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

24.   Plaintiff hereby incorporates by reference paragraphs 1 through 23, of this complaint as if fully set forth herein.

25.   Defendants' above-described conduct was extreme, unreasonable and outrageous. By engaging in such conduct, defendants intentionally ignored or recklessly disregarded the foreseeable risk that Plaintiff would suffer extreme emotional distress as a result of defendants' conduct.

26.   As a proximate result of said conduct, Plaintiff suffered severe emotional distress, pain and suffering, fear, anxiety, embarrassment, discomfort and humiliation, all to their general damage in an amount to be proven, and incurred special damages in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

**EXEMPLARY AND PUNITIVE DAMAGES**

27. Plaintiff hereby incorporates by reference paragraphs 1 through 26, of this complaint as if fully set forth herein.

28. Defendants' above-described engaged in conduct that was malicious, oppression, and in reckless disregard of plaintiff's Constitutional rights.

WHEREFORE, Plaintiff prays for judgment as hereinafter set forth.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial for each cause of action for which she is entitled to a jury trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court grant the following relief:

A. An award of compensatory and general damages against defendants against the defendants, jointly and severally, for compensatory damages,  in the amount of $500,000;

B. An award of exemplary and punitive damages against all defendants sued in their individual capacities in the amount of $500,000;

C. An award of plaintiff's costs, expenses and reasonable attorney's fees pursuant to 42 U.S.C. §1988, Civil Code Section 51.7, and Cal. Code of Civil Procedure §1021.5;

D. Trial By Jury; and such other and further relief as the Court may deem just and proper.

Dated: _____

_____
By: WAYNE JOHNSON
Attorney for Plaintiffs