E-FILING

1  WAYNE JOHNSON, ESQ. - State Bar #112588
   Law Offices of Wayne Johnson
2  P.O. Box 30712
   Oakland, CA  94604
3  Telephone:  (510) 451-1166

4  Attorney for Plaintiffs
   Ramona Ford and Angelina Ford

5  JOHN A. RUSSO, City Attorney - State Bar #129729
6  RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
   RACHEL WAGNER, Supervising Trial Attorney - State Bar #127246
7  PELAYO A. LLAMAS, JR., Deputy City Attorney - State Bar #162046
   One Frank H. Ogawa Plaza, 6th Floor
8  Oakland, California  94612
   Telephone:  (510) 238-6621        Fax:  (510) 238-6500
9  23133/356715

10 Attorneys for Defendants
   CITY OF OAKLAND, et al.

11

FILED
NOV 16 2005
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | RAMONA FORD AND ANGELINA FORD, | Case No. C-03-3304-MJJ
16 | Plaintiffs, | **STIPULATION TO AMEND ORDER OF DISMISSAL AND ENTER DISMISSAL WITH PREJUDICE**
17 | v. |
18 | CITY OF OAKLAND, Lieutenant H. Jordan, Sergeant Gary Tollerson, Sergeant E. Tracey, A. Steinberger, R. Gutierrez, M. Beaver, B. Alexander, E. Romans, Shawn Knight and C. Mutarreh, CITY OF OAKLAND EMPLOYEES, INDIVIDUALLY AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, |
22 | Defendants. |

24     On August 31, 2005, pursuant to the stipulation of the parties following a
25 conditional settlement of the matter, the Court entered a conditional dismissal of this
26 matter without prejudice.  The parties hereto now stipulate that the settlement has been

1 formally and finally approved, that all settlement proceeds have been paid, and hereby
2 request that this court modify the August 31, 2005 order and instead enter the following
3 order:
4     1)     Pursuant to the stipulation of the parties and Federal Rules of Court,
5 Rule 41(a)(1), this matter is dismissed with prejudice. The Clerk of the Court is ordered to
6 close the file.

**IT IS SO STIPULATED.**

DATED: November 14, 2005     LAW OFFICES OF WAYNE JOHNSON

    /s/ Wayne Johnson
    _____
    WAYNE JOHNSON
    Attorneys for Plaintiffs
    Ramona Ford and Angelina Ford

DATED: November 14, 2005     OFFICE OF THE CITY ATTORNEY

    /s/ Pelayo A. Llamas, Jr.
    _____
    PELAYO A. LLAMAS, JR.
    Deputy City Attorney
    Attorneys for the Defendants
    CITY OF OAKLAND, et al.

**IT IS SO ORDERED**

DATED: 11/16/2005

    _____
    United States District Judge